UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MICHIGAN

MICHAEL A. MOORE,

    Plaintiff,

-v-

CITY OF ECORSE and
ROBERT J. MARSH, JR.,
Individually and in their official
capacities, jointly and severally,

    Defendants.

_____/

Case No. 4:20-cv-13093-SDD-APP
Honorable Stephanie Dawkins Davis

| | |
|---|---|
| GARY T. MIOTKE (P41813)<br>Attorney for Plaintiff<br>6828 Park Avenue<br>Allen Park, MI 48101-2036<br>(313) 388-4809; F: (313) 388-8428<br>gmiotke@miotkelawoffice.com | HEIDI D. HUDSON (P32495)<br>Zausmer, P.C.<br>Attorney for Defendants<br>32255 Northwestern Highway, S. 225<br>Farmington Hills, MI  48334<br>(248) 851-4111; Fax: (248) 851-0100<br>Hhudson@zausmer.com |

_____/

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

    The parties having stipulated:

    IT IS ORDERED that this case is dismissed with prejudice and without an award of costs or fees to any party.

    IT IS ORDERED that entry of this order resolves the last pending claim and closes the case.

{03850049}

Date: October 1, 2021                                s/Stephanie Dawkins Davis
                                                     Stephanie Dawkins Davis
                                                     United States District Judge

I hereby stipulate to entry of the above Order:

*/s/Gary T. Miotke*                                  */s/Heidi D. Hudson*
_____                      _____
GARY T. MIOTKE (P41813)                              HEIDI D. HUDSON (P32495)
Attorney for Plaintiff                               Attorney for Defendant